# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DIANE AUCOIN                                             CIVIL ACTION NO.

VERSUS

                                                                                  20-104-SDD-EWD

LOUISIANA CVS PHARMACY, LLC

## ORDER OF REMAND

Before the Court is the Consent Motion to Remand ("Motion")[1] filed by Diane Aucoin ("Plaintiff") and Louisiana CVS Pharmacy, LLC ("CVS"). On February 4, 2020, Plaintiff filed her Petition for Damages against CVS in the Nineteenth Judicial District Court for the Parish of East Baton Rouge.[2] On February 24, 2020, CVS removed the matter to this Court, alleging that this Court has diversity jurisdiction under 28 U.S.C. § 1332.[3] The Court *sua sponte* raised the issue of whether amount in controversy was met and ordered the parties to submit supplemental briefing.[4]

In the instant Motion, the parties jointly represent that, during a conference, Plaintiff's counsel communicated that the amount in controversy does not exceed $75,000 and Plaintiff voluntarily executed a binding and irrevocable Stipulation, wherein she stipulates and agrees not to seek or accept more than $75,000, exclusive of interest and costs, in connection with her claims.[5]

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 1-2, ¶¶ 5-10.
[3] Rec. Doc. 1, ¶ 4.
[4] Rec. Doc. 3. In its March 16, 2020 Memorandum Concerning Amount in Controversy, CVS averred that it had sent a draft Stipulation and Consent Motion to Remand for Plaintiff to review and was under discussion. Rec. Doc. 6, pp. 3-4.
[5] *See* Rec. Doc. 7-2, pp. 2-3.

Based on these representations and Plaintiff's voluntary Stipulation, the Court will grant the Consent Motion to Remand as CVS has failed to meet its burden of establishing subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

Accordingly,

This matter is hereby REMANDED to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for further proceedings. The Clerk of Court is ordered to terminate this matter, including all pending motions.

Signed in Baton Rouge, Louisiana the 6th day of April, 2020.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**